UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DIANE S. McGHEE | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:12-CV-333 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| BUFFALO & ASSOCIATES, PLC, | ) |
| CAPITAL ONE BANK (USA), NATIONAL | ) |
| ASSOCIATION | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

On June 2, 2014, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), United States Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") in this case (Court File No. 99). In the R&R, Judge Lee recommends attorney's fees and costs be imposed on Defendant Buffaloe & Associates, PLC (Court File No. 99). Neither party filed a timely objection to the R&R.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to Rule 72(b) (Court File No. 99).

Accordingly, the Court **ORDERS**:

(1) Plaintiff shall be awarded attorney's fees in the amount of **$2,262.50**;

(2) Plaintiff shall be awarded costs in the amount of **$357.60**; and

(3) In accordance with the Court's Order (Court File Nos. 83, 84), the Court does not award fees incurred in obtaining the attorney's fee award.

**SO ORDERED.**

**ENTER:**

/s/ _____

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**